# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ORLANDO A. ACOSTA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 20-2528** |
| | : | |
| **GOVERNOR TOM WOLF,** *et al.* | : | |

## ORDER

**AND NOW**, this 10th day of June 2020, following our June 4, 2020 Order granting Plaintiff leave to proceed *in forma pauperis* (ECF Doc. No. 5) consistent with our obligations under 28 U.S.C. § 1915(e)(2)(B)(ii) to screen the *pro se* Complaint (ECF Doc. No. 1), and finding he fails to state a claim within our jurisdiction but granting him leave to timely allege federal question claims through an amended Complaint if he can do so consistent with Fed.R.Civ.P. 11, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **dismiss** Plaintiff's plead claims;

2. We **grant** Plaintiff leave to file an amended Complaint on or before **June 22, 2020** if he can do so consistent with the Law and his good faith obligations under Rule 11;

3. Absent a timely filed amended complaint, we will close the case; and,

4. The Clerk of Court shall not issue summons until further Order.

**KEARNEY, J.**