**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ORLANDO A. ACOSTA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 20-2528** |
| | : | |
| **GOVERNOR TOM WOLF,** *et al.* | : | |

## ORDER

**AND NOW**, this 30th day of June 2020, following our June 4, 2020 Order granting Plaintiff leave to proceed *in forma pauperis* (ECF Doc. No. 5), our June 10, 2020 Order dismissing his initial *pro se* Complaint but granting him leave to file an amended Complaint (ECF Doc. No. 8), consistent with our obligations under 28 U.S.C. § 1915(e)(2)(B)(ii) to screen the *pro se* amended Complaint (ECF Doc. No. 12), finding he again fails to state a claim but instead asserts frivolous claims, amendment is futile under Fed.R.Civ.P. 11, and for reasons in the accompanying Memorandum, it is **ORDERED** we **dismiss** the Plaintiff's amended Complaint (ECF Doc. No. 12) as frivolous and consistent with our June 10, 2020 Order (ECF Doc. No. 8), the Clerk of Court shall **close** this case.

                                                                                                     _____
                                                                                                     **KEARNEY, J.**